IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BATES, | No. 2:23-CV-2484-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On January 8, 2024, the parties submitted a stipulation to extend the time to February 20, 2024, for Plaintiff to file an opening brief.  See ECF No. 9.  Good cause appearing therefor, the parties' stipulation is approved.

      IT IS SO ORDERED.

Dated: January 11, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1