IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BATES, | No. 2:23-CV-2484-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On February 20, 2024, the parties submitted a stipulation to extend the time to March 5, 2024, for Plaintiff to file an opening brief.  <u>See</u> ECF No. 9.  Good cause appearing therefor, the parties' stipulation is approved.

      IT IS SO ORDERED.

Dated:  February 22, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1