UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BATES,<br><br>   Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:23-cv-02484-DMC<br><br>ORDER AWARDING PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based on the parties' signed stipulation for the payment of fees and costs pursuant to the Equal Access to Justice Act, ECF No. 18:

IT IS ORDERED that fees in the amount of $3,904.69 (three thousand nine hundred four and 69/100 dollars) as authorized by 28 U.S.C. §2412, and costs in the amount of $405.00 (four hundred five dollars) as authorized by 28 U.S.C. §1920, be awarded subject to the terms of the stipulation.

Dated:  May 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE